## Painter, Appellant, *v.* Painter.

Argued March 27, 1963. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis H. Patrono,* with him *Patrono and Edwards,* for appellant.

*Thomas L. Anderson,* for appellee.

OPINION PER CURIAM, April 16, 1963:

Plaintiff brought an action in ejectment. The lower Court entered an Order overruling plaintiff's motion for judgment on the pleadings. The Order appealed from is interlocutory and unappealable. *Nosal v. Nosal,* 410 Pa. 304, 189 A. 2d 262; *Sagot v. International Mailers Union,* 409 Pa. 387, 187 A. 2d 284; *Reading Co. v. Willow Development Company,* 407 Pa. 469, 181 A. 2d 288.

Appeal quashed.